# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

10 AUG 11 AM 7:49

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:  DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>    vs.<br><br>LEONARDO RICO-NERI,<br><br>                  Defendant. | CASE NO. 10CR2769-BTM<br><br>**JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal WITHOUT PREJUDICE; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 8 USC 1324(a)(1)(A)(ii) and (v)(II) Transportation of Illegal Aliens and Aiding and Abetting

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 10, 2010

BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _8_